## 30573.   PRESSLEY v. THE STATE.

BROYLES, C. J.   The defendant was convicted of the offense of assault with intent to rape.   His motion for a new trial, based upon the general grounds only, was overruled, and he excepted to that judgment.   The evidence authorized the verdict, and the denial of a new trial was not error.       *Judgment affirmed.   MacIntyre and Gardner, JJ., concur.*

DECIDED JUNE 28, 1944.

*R. Terry, O. D. Smith,* for plaintiff in error.
*Ed Wohlwender Jr., solicitor-general,* contra.